**SEAN D. COONEY, ESQ.**
NV Bar # 12945
**ADAM C. EDWARDS, ESQ.**
NV Bar # 15405
**CARMAN COONEY FORBUSH PLLC**
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
service@ccfattorneys.com
Attorneys for Defendant,
State Farm Mutual Automobile Insurance Company

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN SHANKLIN, individually,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X, inclusive; ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendant | Case No.: 2:19-cv-01865-GMN-DJA<br>Dept. No.: 13<br><br>**STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE** |

CARMAN COONEY FORBUSH
PLLC

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Brian

Shanklin and Defendant State Farm Mutual Automobile Insurance Company by

and through their respective counsel of record, that the entire matter be dismissed

with prejudice, each party to bear their own fees and costs.

DATED   June 30, 2021                           DATED   June 30, 2021

**CARMAN COONEY FORBUSH**          **HICKS & BRASIER, PLLC**
**PLLC**


                                                /s/ Alison Brasier, Esq

_____          _____
SEAN D. COONEY, ESQ.                        ALISON BRASIER, ESQ.
ADAM C. EDWARDS, ESQ.                       Attorneys for Plaintiff,
Attorneys for Defendant,                    Brian Shanklin
State Farm Mutual Automobile
Insurance Company

## ORDER

**IT IS ORDERED** that the entire matter be dismissed with prejudice, each

party to bear their own fees and costs.




**IT IS SO ORDERED.**

Dated this __1__ day of July, 2021.


_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT